# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

DENTAL BENEFIT PROVIDERS, INC. : No. 132 EAL 2014
AND UNITEDHEALTHCARE OF :
PENNSYLVANIA, INC. D/B/A :
UNITEDHEALTHCARE COMMUNITY : Petition for Allowance of Appeal from the
PLAN AND HEALTHAMERICA : Order of the Commonwealth Court
PENNSYLVANIA, INC., D/B/A :
COVENTRYCARES, :
 :
        Respondents :
 :
 :
 :
      v. :
 :
 :
 :
JAMES EISEMAN, JR. AND THE PUBLIC :
INTEREST LAW CENTER OF :
PHILADELPHIA, :
 :
        Petitioners :


AETNA BETTER HEALTH INC., HEALTH : No. 133 EAL 2014
PARTNERS OF PHILADELPHIA, INC., :
KEYSTONE MERCY HEALTH PLAN, :
AND DENTAQUEST, LLC, :
 : Petition for Allowance of Appeal from the
 : Order of the Commonwealth Court
        Respondents :
 :
 :
      v. :
 :
 :
JAMES EISEMAN, JR., AND THE :
PUBLIC INTEREST LAW CENTER OF :
PHILADELPHIA, :
 :
        Petitioners :

DEPARTMENT OF PUBLIC WELFARE,  : No. 134 EAL 2014
:
          Respondent       :
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
          v.           :
:
:
JAMES EISEMAN, JR. AND THE PUBLIC :
INTEREST LAW CENTER OF        :
PHILADELPHIA,            :
:
          Petitioners      :


# ORDER


**PER CURIAM**

    **AND NOW**, this 23rd day of October, 2014, the Petition for Allowance of Appeal

is **GRANTED**. The issue is:


> Whether records showing the rates dental providers receive for treating Medicaid enrollees are "public records" subject to disclosure under the Right-to-Know Law when DPW's contracts with [MCO]s mandate that it have possession of or "ready access" to such records, and when such records directly relate to the governmental function of providing dental care to Medicaid enrollees[.]


The Prothonotary shall establish parallel briefing tracks for this case and Department of

Public Welfare v. Eiseman, No. 129-31 EAL 2014, and the two cases, though not

consolidated, shall be listed for argument at the same Court session.